IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-004 |
| JEFFERY SPONSELLER; SPONSELLER EYE CARE ONE, PC d/b/a Eye Care One; and S & H EYE CARE, LLC d/b/a Eye Care One, | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 40.) The Court hereby **DISMISSES WITH PREJUDICE** all claims in the above-captioned suit. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA